UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| LONNIE D. WILLIAMS, ) | |
| ) | |
| Plaintiff ) | |
| ) | CAUSE NO. 3:05-CV-154 RM |
| vs. ) | |
| ) | |
| PRISON HEALTH SERVICES, *et al.*, ) | |
| ) | |
| Defendants ) | |

OPINION AND ORDER

Lonnie D. Williams, a *pro se* prisoner, filed a motion seeking additional time to pay the $255.00 appellate filing fee. Mr. Williams doesn't specify how much time he wants nor how he believes that he will obtain these monies if given additional time. This request is insufficient to justify extending the deadline for paying the appellate filing fee, especially in this case where the court has already determined that Mr. William's claims have no merit and that his appeal is not taken in good faith. For the foregoing reasons, the court **DENIES** the motion to enlarge time (docket # 16), and **REMINDS** the plaintiff that if he does not pay the $255.00 appellate filing fee on or before May 17, 2005, that his appeal may be dismissed without further notice without affecting his obligation to pay the filing fee.   SO ORDERED.

ENTERED: April  28 , 2005

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court